**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO.: 1:21-CV-22445-MOORE/LOUIS**

DONALD J. TRUMP, the Forty- Fifth
President of the United States,
INDIVIDUALLY AND ON BEHALF OF A
CLASS OF PERSONS SIMILARLY
SITUATED,

    Plaintiff and the Class,
vs.

YOUTUBE, LLC., and SUNDAR PICHAI,

    Defendants.
_____/

## CERTIFICATION OF JOHN Q. KELLY

John Q. Kelly Esquire, pursuant to Rule 4(b) of the Rule Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rule of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Appellate Division of the Supreme Court of the State of New York; and (3) I have not filed three of more motions for pro hac vice admission in this District within the last 365 days.

.

                                        /s/ John Q. Kelly, Esq.
                                        John Q. Kelly