

CERTIFIED MAIL

7021 0350 0002 2628 2512

7021 0350 0002 2628 2512

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 006.96⁰
0000857579 JUL 14 2021
MAILED FROM ZIP CODE 33401

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
- [ ] Return Receipt (hardcopy) $
- [x] Return Receipt (electronic) $
- [x] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $ 6.96

Postmark Here

Sent To Atty Gen. U.S.A Dept. of Justice
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave N.W
City, State, ZIP+4® Washington DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

T

Attorney General of the United States of America
United States Department of Justice
Attention: Honorable Merrick Garland
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ATTORNEY GENERAL OF THE USA
   UNITED STATES DEPT. OF JUSTICE
   Attn: HON. Merrick Garland
   950 Pennsylvania Ave, N.W
   Washington, D.C. 20530-0001

   9590 9402 6480 0346 2930 38

2. Article Number (Transfer from service label)

   7021 0350 0002 2628 2512

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt