## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

DONALD J. TRUMP, the Forty-Fifth President
of the United States, KELLY VICTORY,
AUSTEN FLETCHER, AMERICAN
CONSERVATIVE UNION, ANDREW
BAGGIANI, MARYSE VERONICA JEAN-
LOUIS, NAOMI WOLF AND FRANK
VALENTINE, INDIVIDUALLY AND ON
BEHALF OF THOSE SIMILARLY SITUATED,

      Plaintiffs,

      v.

YOUTUBE, LLC and SUNDAR PICHAI,

      Defendants.

Civil Action No. 1:21-cv-22445-KMM-LFL

## DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, Rafiya Ibrahim, declare as follows:

1.     I am over the age of 18 years.

2.     I am a Research Analyst employed by Brosnan Risk Consultants, Ltd., and have been employed there since 2012.

3.     Brosnan Risk Consultants, Ltd. was retained to verify the accuracy, authenticity and source for each of the facts cited in Plaintiff's Motion for Preliminary Injunction in the above-captioned matter.

4.     I have personal knowledge of the matters set forth in this Declaration, and if called as a witness, I could and would testify under oath as follows.

5.      On     August     23,     2021,     I     visited     the     following     website: https://www.datanyze.com/market-share/online-video--12/youtube-market-share,   a   true   and accurate capture of which is annexed hereto as Exhibit A, and found this information contained therein: YouTube has an approximately seventy-six percent (76%) share of the online video market and approximately two billion Subscribers.

6.      On     August     23,     2021,     I     visited     the     following     website: https://www.cnbc.com/2021/01/12/google-suspends-trumps-youtube-account-disables-comments.html, a true and accurate capture of which is annexed hereto as Exhibit B,  and found this information stated therein: Defendants banned Plaintiff from their platform.

7.      On     August     23,     2021,     I     visited     the     following     website: https://www.lifesitenews.com/news/youtube-suspends-conservative-network-after-streaming-trumps-cpac-speech/, a true and accurate capture of which is annexed hereto as Exhibit C, and found this information stated therein:  In the last month, YouTube blocked videos of a speech Plaintiff delivered at the Conservative Political Action Conference ("CPAC").

8.      On     August     23,     2021,     I     visited     the     following     website: https://twitter.com/frankpallone/status/1346972626670006274?lang=en,   a   true   and   accurate capture of which is annexed hereto as Exhibit D, and found this information stated therein: On January 6, 2021, Rep. Frank Pallone, Jr., Chairman of the House Commerce Committee, tweeted that "Trump is inciting violence and spreading dangerous misinformation" and called on social media companies "to remove Trump from their platforms."

9.      On     August     23,     2021,     I     visited     the     following     websites: https://wwwnc.cdc.gov/eid/article/27/2/20-3139_article, a true and accurate capture of which is annexed   hereto   as   Exhibit   E(i),   https://www.reuters.com/article/us-health-coronavirus-white-

house-exclus/exclusive-white-house-working-with-facebook-and-twitter-to-tackle-anti-vaxxers-idUSKBN2AJ1SW, and a true and accurate capture of which is annexed hereto as Exhibit E(ii), https://www.whitehouse.gov/briefing-room/press-briefings/2021/07/15/press-briefing-by-press-secretary-jen-psaki-and-surgeon-general-dr-vivek-h-murthy-july-15-2021/, a true and accurate capture of which is annexed hereto as Exhibit E(iii), and https://www.whitehouse.gov/briefing-room/press-briefings/2021/07/16/press-briefing-by-press-secretary-jen-psaki-july-16-2021/, and a true and accurate capture of which is annexed hereto as Exhibit E(iv), and found this information stated therein: The Centers for Disease Control ("CDC") "partners" with social media companies including YouTube to remove COVID "misinformation." On February 20, 2021, a senior Administration official disclosed that the Administration was acting in "direct engagement" with "social media" companies to "get rid" of what the Administration sees as "misinformation and disinformation" online. On July 15 and 16, 2021, White House Press Secretary Jennifer Psaki stated that the Administration is acting to pressure social media companies to de-platform Users who disseminate what the Administration labels COVID misinformation.

10.     On August 23, 2021, I visited the following website: https://www.youtube.com/watch?v=Mn1br0MQFG4&t=13s, a true and accurate capture of which is annexed hereto as Exhibit F, and a true and accurate capture of which is annexed hereto as Exhibit F, and found this information stated therein: On or about April 18, 2021, Rep. Maxine Waters called for protesters to "stay on the street" and "get more confrontational" against law enforcement during the trial of Minneapolis police officer Derek Chauvin for the murder of George Floyd.

11.     On August 23, 2021, I visited the following website: https://www.youtube.com/watch?v=jFEGO1R7KEo, a true and accurate capture of which is

annexed hereto as Exhibit G, and found this information stated therein: In August of 2020, Rep. Ayanna Pressley said there "needs to be unrest in the streets."

12. On August 23, 2021, I visited the following website: https://www.youtube.com/watch?v=gM_DtU14p-s, a true and accurate capture of which is annexed hereto as Exhibit H, and found this statement of fact truly and accurately stated therein: On June 14, 2018, Speaker of the House of Representatives Nancy Pelosi said, "I just don't even know why there aren't uprisings all over the country.  Maybe there will be."

13. On August 23, 2021, I visited the following website: https://www.youtube.com/watch?v=3OprxD5njXo, a true and accurate capture of which is annexed hereto as Exhibit I, and found this information stated therein: On March 26, 2019, Rep. Ilhan Omar told Muslims in the United States to "raise hell and make people uncomfortable."

14. On August 23, 2021, I visited the following website: https://www.youtube.com/Donaldtrump/about, a true and accurate capture of which is annexed hereto as Exhibit J, and found this information stated therein: Plaintiff established the Donald J. Trump YouTube channel in May of 2015 (Joined March 16, 2015).

15. On August 23, 2021, I visited Exhibit J, and found this statement of fact truly and accurately stated therein: After announcing his campaign for the presidential nomination of the Republican Party in June of 2015, Plaintiff used his YouTube channel to engage with the general public.

16. On August 23, 2021, I visited the following website: https://www.usatoday.com/story/tech/news/2021/01/26/youtube-ban-former-president-trumps-channel-remain-suspended/4265336001/, a true and accurate capture of which is annexed hereto as Exhibit K, and found this information stated therein:  When Defendants indefinitely suspended

4

the Donald J. Trump channel on January 26, 2021, that channel had approximately 2.9 million (2.8 million) subscribers.

17.     On     August     23,     2021,     I     visited     the     following     websites: https://www.cnn.com/2019/12/02/tech/youtube-trump-ads/index.html, a true and accurate capture of which is annexed hereto as Exhibit L(i), and  https://www.wsj.com/articles/youtubes-assault-on-covid-accountability-11617921149, a true and accurate capture of which is annexed hereto as Exhibit L(ii) and found this information stated therein: Defendants removed hundreds of Trump Campaign advertisements from YouTube for remarks made by Plaintiff related to COVID-19, which YouTube censored on the grounds of falsity.

18.     On August 23, 2021, I visited the following websites: www.msn.com/en-us/news/politics/youtube-ceo-on-removing-video-of-trump-making-false-covid-19-claim/vi-BB19Wlhj, a true and accurate capture of which is annexed hereto as Exhibit M(i), and https://www.bloomberg.com/news/newsletters/2020-08-07/facebook-fact-police,     a     true     and accurate     capture     of     which     is     annexed     hereto     as     Exhibit     M(ii), https://www.jpeds.com/article/S0022-3476(20)31023-4/fulltext, a true and accurate capture of which     is     annexed     hereto     as     Exhibit     M(iii): https://pediatrics.aappublications.org/content/pediatrics/early/2020/05/22/peds.2020-004879.full.pdf, a true and accurate capture of which is annexed hereto as Exhibit M(iv), https://www.acsh.org/news/2020/11/18/covid-infection-fatality-rates-sex-and-age-15163, a true and     accurate     capture     of     which     is     annexed     hereto     as     Exhibit     M(v),     and http://www.remedypublications.com/open-access/children-are-safe-to-return-to-school-6330.pdf, a true and accurate capture of which is annexed hereto as Exhibit M(vi), and found this information stated therein: In August of 2020, YouTube censored a Fox News interview in which Plaintiff,

while  acknowledging very rare instances of childhood deaths from COVID, stated that schools should reopen in part because children overall are "almost immune" to the disease.

19.     On     August     23,     2021,     I     visited     the     following     websites: https://www.conservative.org/youtube-censors-cpacs-america-uncanceled-episode-removed-video-of-former-president-donald-j-trumps-major-class-action-against-big-tech/,     a     true     and accurate capture of which is annexed hereto as Exhibit N(i), https://hillreporter.com/trumps-lies-get-american-conservative-union-banned-from-youtube-106625, a true and accurate capture of which is annexed hereto as Exhibit N(ii), and found this information stated therein: On or about July 9, 2021, YouTube removed an episode of the American Conservative Union's ("ACU") "America UnCanceled" program on the CPAC Now network.

20.     On     August     23,     2021,     I     visited     the     following     websites: https://www.bbc.com/news/53559938, a true and accurate capture of which is annexed hereto as Exhibit O(i), https://www.marketwatch.com/story/why-twitter-facebook-and-youtube-are-taking-down-that-hydroxychloroquine-video-and-suspending-accounts-including-donald-trump-jr-that-shared-it-2020-07-28, a true and accurate capture of which is annexed hereto as Exhibit O(ii), https://debatepolitics.com/threads/youtube-deletes-trump-video-for-saying-that-hydroxychloroquine-is-effective-in-combating-the-virus.454228/, a true and accurate capture of which is annexed hereto as Exhibit O(iii), and  https://www.henryford.com/news/2020/07/hydro-treatment-study, a true and accurate capture of which is annexed hereto as Exhibit O(iv), and found this information stated therein: The episode featured coverage of this lawsuit and also a statement by Plaintiff that "Doctors and medical groups have been barred from these platforms for posting about therapeutics such as hydroxychloroquine… now, most recent studies say [the drug is] effective in combating the virus."

21.     On August 23, 2021, I visited Exhibit N(i) and Exhibit N(ii), and found this information stated therein: On or about July 11, 2021, YouTube removed the livestream video of the entirety of a major speech delivered by Plaintiff at CPAC.

22.     On August 23, 2021, I visited the following websites: https://www.theguardian.com/us-news/2021/jan/26/youtube-trump-ban-suspension, a true and accurate capture of which is annexed hereto as Exhibit P(i), https://news.slashdot.org/story/21/01/26/221226/youtube-extends-trumps-suspension-for-a-second-time, a true and accurate capture of which is annexed hereto as Exhibit P(ii), and https://www.cnbc.com/2021/01/19/youtube-extends-trump-suspension-for-another-week.html, a true and accurate capture of which is annexed hereto as Exhibit P(iii), and found this information stated therein: Defendants decided on January 26, 2021, to permanently suspend Plaintiff's YouTube channel.

23.     On August 23, 2021, I visited Exhibit P(i), Exhibit K, Exhibit P(ii), and Exhibit P(iii), and found this information stated therein: YouTube stated, "In light of concerns about the ongoing potential for violence, the Donald J. Trump channel will remain suspended."

24.     On August 23, 2021, I visited Exhibit P(iii) and found this information stated therein:  This permanent suspension prevents Plaintiff from uploading new content and disables his 2.79 million subscribers from posting comments and thereby communicating with one another.

25.     On August 23, 2021, I visited the following website: https://www.wsj.com/articles/no-trump-isnt-guilty-of-incitement-11610303966, a true and accurate capture of which annexed hereto as Exhibit Q, and found Plaintiff's remarks on January 6, 2021.

26.     On     August     23,     2021,     I     visited     the     following     websites: https://www.eff.org/deeplinks/2017/06/attack-net-neutrality-attack-free-speech,     a     true     and accurate     capture     of     which     is     annexed     hereto     as     Exhibit     R(i),     and https://law.stanford.edu/courses/media-technology-and-the-first-amendment/, a true and accurate capture of which is annexed hereto as Exhibit R(ii),  and found the following information stated therein: the Internet is "perhaps the most powerful mechanism available to a private citizen to make his or her voice heard"

27.     On     August     23,     2021,     I     visited     the     following     website: https://www.washingtonpost.com/news/powerpost/paloma/the-technology-202/2019/04/09/the-technology-202-lawmakers-plan-to-ratchet-up-pressure-on-tech-companies-content-moderation-practices/5cabee50a7a0a475985bd372/, a true and accurate capture of which is annexed hereto as Exhibit S, and found this information stated therein: In April of 2019, representatives social media companies   were   summoned   before   the   House   Judiciary   Committee.    After that   hearing, Congressman Cedric Richmond warned social media companies that they had "better" restrict what he and other members of Congress deemed dangerous or harmful content or, "we're going to make [regulation] swift, we're going to make it strong, and we're going to hold them very accountable."  Democrat Congressman and Chairman of the House Judiciary Committee Jerrold Nadler also stated: "Let's see what happens by just pressuring them."

28.     On     August     23,     2021,     I     visited     the     following     websites: https://thehill.com/policy/technology/438652-pelosi-warns-its-a-new-era-for-regulating-big-tech, a   true   and   accurate   capture   of   which   is   annexed   hereto   as   Exhibit   T(i)   and https://thehill.com/policy/finance/overnights/438667-on-the-money-cain-expected-to-withdraw-from-consideration-for-fed, a true and accurate capture of which is annexed hereto as Exhibit T(ii),

and found this information stated therein: On or about April 10-11, 2019, Speaker of the House Nancy Pelosi warned that a "new era" of regulating tech giants was coming and that Section 230 could be "in jeopardy." Speaker Pelosi further commented that "the era of self-regulation" in this country for big tech social media companies is "probably" over, and that "[w]hen we come to 230, you really get their attention . . . it is not out of the question that that could be removed" because "for the privilege of 230, there has to be a bigger sense of responsibility on it."

29.   On August 23, 2021, I visited the following websites: https://www.youtube.com/watch?v=lArPEDS0GTA, a true and accurate capture of which is annexed hereto as Exhibit U(i), and https://www.axios.com/social-media-immunity-section-230-f15ac071-32e9-4e33-81e6-4c7ebadaea5e.html, a true and accurate capture of which is annexed hereto as Exhibit U(ii), and found this information stated therein: In June of 2019, Rep. Schiff told reporters that "if the social media companies can't exercise a proper standard of care when it comes to a whole variety of fraudulent or illicit content, then we have to think about whether that immunity still makes sense. These are not nascent industries or companies that are struggling for viability; they're now behemoths, and we need them to act responsibly."

30.   On August 23, 2021, I visited the following websites: https://reason.com/2019/11/13/joe-biden-has-officially-joined-the-misguided-crusade-against-online-free-speech/, a true and accurate capture of which is annexed hereto as Exhibit V(i), and https://www.theverge.com/2020/1/17/21070403/joe-biden-president-election-section-230-communications-decency-act-revoke, a true and accurate capture of which is annexed hereto as Exhibit V(ii), and found this information stated therein: On or about November 11, 2019, now-President Biden stated publicly, "I, for one, think we should be considering taking away their

exemption [under Section 230.]" In January of 2020, Biden announced his plans for revoking Section 230 for "Zuckerberg and other platforms" if they continued "propagating falsehoods."

31. On August 23, 2021, I visited the following websites: https://threader.app/thread/1272881670430035975, a true and accurate capture of which is annexed hereto as Exhibit W(i), and https://www.pressgazette.co.uk/nancy-pelosi-social-media-bosses-have-utterly-failed-to-combat-covid-19-disinformation/, a true and accurate capture of which is annexed hereto as Exhibit W(ii),  and found this information stated therein: In June of 2020, Speaker Pelosi declared that "social media executives have utterly failed to stop the spread of disinformation on their platforms."  She then warned that Congress and others "must send a message to social media executives: You will be held accountable for your misconduct."

32. On August 23, 2021, I visited the following websites: https://www.theverge.com/2020/7/29/21335706/antitrust-hearing-highlights-facebook-google-amazon-apple-congress-testimony, a true and accurate capture of which is annexed hereto as Exhibit X(i), and https://www.congress.gov/event/116th-congress/house-event/LC65920/text?s=5&r=23, a true and accurate capture of which is annexed hereto as Exhibit X(ii), and found this information stated therein: In July of 2020, the House Judiciary Committee questioned the CEOs of the largest Internet platforms, Facebook, Twitter, and Google/YouTube. At those hearings, Democrat Congressman Jamie Raskin accused the social media companies of not taking strong enough action to block speech that he and other Democrat members of Congress deemed dangerous. *See* Exhibit X(ii). In the committee report, Defendants expressly referred to the failure of social media companies to curb such content as evidence of the lack of meaningful competition in their markets. *See* Exhibit X(ii).

33.    On    August    23,    2021,    I    visited    the    following    websites: https://apnews.com/article/technology-50e69e921c6699a3edbd730c12292436,    a    true    and accurate    capture    of    which    is    annexed    hereto    as    Exhibit    Y(i), https://judiciary.house.gov/news/documentsingle.aspx?DocumentID=3429, a true and accurate capture of which is annexed hereto as Exhibit Y(ii), and found this information stated therein: The report issued by the Judiciary Committee in early October of 2020, specifically found that the social media companies had monopoly power in their markets and proposed breaking up those companies under either existing federal antitrust law or under proposed reforms thereto.

34.    On    August    23,    2021,    I    visited    the    following    websites: https://abcnews.go.com/Business/wireStory/ceos-social-media-giants-testify-senate-hearing-73433414, a true and accurate capture of which is annexed hereto as Exhibit Z(i), https://www.cnbc.com/2020/10/28/facebook-google-and-twitter-ceos-testify-in-congress-over-section-230-live-updates.html, a true and accurate capture of which is annexed hereto as Exhibit Z(ii), and https://www.c-span.org/video/?476686-1/social-media-content-moderation, a true and accurate capture of which is annexed hereto as Exhibit Z(iii), and found this statement of fact truly and accurately stated therein: In October of 2020, the Senate Commerce Committee held a hearing on the failure of social media companies to curb "misinformation" online, subpoenaing the CEOs of Facebook, Twitter, and Google to testify.  Democrat Congressmen threatened adverse legal consequences against the major social media platforms if they did not engage in "more content moderation."

35.    On August 23, 2021, I visited Exhibit Z(ii) and found this information stated therein:  At the October 28, 2020, hearing, Democrat Senators demanded that social media companies "commit" to censoring Plaintiff. During the hearing, Sen. Edward Markey said, "Mr.

Zuckerberg, can you commit that, if the President goes on Facebook and encourages violence after election results are announced, that you will make sure your company's algorithms don't spread that content and you will immediately remove those messages?"

36.   On August 23, 2021, I visited the following websites: https://twitter.com/senblumenthal/status/1321552006541152257?lang=en, a true and accurate capture of which is annexed hereto as Exhibit AA(i), and https://www.commerce.senate.gov/2020/10/does-section-230-s-sweeping-immunity-enable-big-tech-bad-behavior, a true and accurate capture of which is annexed hereto as Exhibit AA(ii), and found this information stated therein: Sen. Richard Blumenthal said, "Frankly, President Trump has broken all the norms, and he has put on your platforms potentially dangerous and lethal misinformation and disinformation. I want to know whether you have a plan Facebook, Twitter, Google, a plan, if the President uses your platforms to say on the day of the election that there is rigging or fraud without any basis in evidence."

37.   On August 23, 2021, I visited the following websites: https://www.rev.com/blog/transcripts/mark-zuckerberg-jack-dorsey-testimony-transcript-senate-tech-hearing-november-17, a true and accurate capture of which is annexed hereto as Exhibit BB(i), https://www.nexttv.com/news/senate-commerce-to-big-tech-change-is-coming, a true and accurate capture of which is annexed hereto as Exhibit BB(ii), https://www.facebook.com/watch/?v=374538930427440, a true and accurate capture of which is annexed hereto as Exhibit BB(iii), and found this information stated therein: On November 17, 2020, at a Senate committee hearing Sen. Blumenthal stated:

"Change must come to social media. The fact is we meet today in an unprecedented and precarious moment in American history. Daily, the President shocks our conscience and shakes the very foundations of our democracy using a powerful megaphone, social media. The President has used this microphone to spread vicious falsehoods and an apparent

12

attempt to overturn the will of voters. Every day, he posts new threats and conspiracy theories about mail-in ballots and voting machines, lies that contradict his own election security officials and his lawyers. He uses this megaphone potentially to block a peaceful transition of power. Now, Mr. Zuckerberg and Mr. Dorsey, you have built terrifying tools of persuasion and manipulation with power far exceeding the robber barons of the last Guilded [sic] Age."

38.     On     August     23,     2021,     I     visited     the     following     website:

https://www.wired.com/story/what-eu-gets-right-us-wrong-antitrust/, a true and accurate capture

of which is annexed hereto as Exhibit CC, and found this information stated therein: At the

November 17, 2020 hearing, Sen. Blumenthal further stated: "I have urged, in fact, a breakup of

tech giants because they've misused their bigness and power. . . . And indeed Section 230 reform,

meaningful reform, including even possible repeal in large part because their immunity is way too

broad, and victims of their harms deserve a day in court."

39.     On     August     23,     2021,     I     visited     the     following     websites:

https://www.washingtonpost.com/news/powerpost/paloma/the-technology-202/2019/04/09/the-

technology-202-lawmakers-plan-to-ratchet-up-pressure-on-tech-companies-content-moderation-

practices/5cabee50a7a0a475985bd372/, a true and accurate capture of which is annexed hereto as

Exhibit DD, and found this information stated therein: On or about November 17, 2020, President-

elect Biden announced that Congressman Cedric Richmond, would be joining the White House in

January of 2021 to serve as a Senior Advisor to the President.

40.     On     August     23,     2021,     I     visited     the     following     website:

https://news.bloomberglaw.com/esg/fcc-chair-says-hes-dropping-social-media-order-trump-

demanded?context=search&index=3, a true and accurate capture of which is annexed hereto as

Exhibit EE, and found this information stated therein: On January 6, 2021, Chairman of the House

Commerce Committee, Rep. Frank Pallone, Jr., tweeted, "[e]nough is enough! Trump is inciting

violence and spreading dangerous misinformation that is undermining our democracy and our way

of life. Social media continues to amplify his anti-democratic rhetoric. It's time for @jack and Mark Zuckerberg to remove Trump from their platforms." Similarly, Sen. Blumenthal said, "[d]espite repeated red flags and demands for fixes, these companies failed to act until well after blood and glass lay in the halls of the Capitol. Yesterday's events will renew and focus the need for Congress to reform Big Tech's privileges and obligations."

41.     On     August     23,     2021,     I     visited     the     following     websites: https://kfor.com/news/washington-dc-bureau/lawmakers-urge-twitter-to-join-other-social-media-platforms-suspend-trumps-account-indefinitely/, a true and accurate capture of which is annexed hereto as Exhibit FF(i), and https://www.warner.senate.gov/public/index.cfm/2021/1/statement-of-u-s-sen-mark-r-warner-on-emergency-lending-under-the-cares-act, a true and accurate capture of which is annexed hereto as Exhibit FF(ii), and found this information stated therein: Sen. Markey demanded that social media companies ban Plaintiff "for the safety of our country." On January 7, 2021, Sen. Mark Warner stated that Facebook's and Twitter's suspension of Plaintiff was "both too late and not nearly enough" given "the President's sustained misuse of their platforms to sow discord and violence."

42.     On     August     23,     2021,     I     visited     the     following     website: https://slate.com/technology/2020/12/facebook-antitrust-ftc-breakup-whatsapp-instagram-zuckerberg.html, a true and accurate capture of which is annexed hereto as Exhibit GG, and found this information stated therein: By early January 2021, the Federal Trade Commission and the U.S. Department of Justice were investigating social media companies for antitrust violations and had launched an antitrust action against Facebook, which Facebook CEO Mark Zuckerberg described as an "existential threat."

43.     On     August     23,     2021,     I     visited     the     following     website:
https://energycommerce.house.gov/newsroom/press-releases/ec-committee-announces-hearing-with-tech-ceos-on-the-misinformation-and, a true and accurate capture of which is annexed hereto as Exhibit HH, and found this information stated therein: In February of 2021, the House Committee on Energy and Commerce summoned Big Tech CEOs to testify at another hearing on the "misinformation and disinformation plaguing online platforms. In a joint public statement on February 18, 2021, announcing the March hearing, the House committee chairs asserted: "These online platforms have allowed misinformation to spread, intensifying national crises with real-life, grim consequences for public health and safety. This hearing will continue the Committee's work of holding online platforms accountable for the growing rise of misinformation and disinformation".

44.     On     August     23,     2021,     I     visited     the     following     websites:
https://energycommerce.house.gov/committee-activity/hearings/hearing-on-disinformation-nation-social-medias-role-in-promoting, a true and accurate capture of which is annexed hereto as Exhibit II(i),     https://docs.house.gov/meetings/IF/IF16/20210325/111407/HHRG-117-IF16-20210325-SD002.pdf, a true and accurate capture of which is annexed hereto as Exhibit II(ii), https://energycommerce.house.gov/sites/democrats.energycommerce.house.gov/files/documents/Opening%20Statement_Pallone_CAT-CPC_2021.3.25_0.pdf, a true and accurate capture of which     is     annexed     hereto     as     Exhibit     II(iii), https://energycommerce.house.gov/sites/democrats.energycommerce.house.gov/files/documents/Opening%20Statement_Doyle_CAT-CPC_2021.3.25.pdf, a true and accurate capture of which is annexed hereto as Exhibit II(iv), and found this information stated therein: On March 25, 2021, in

his opening statement for the House Energy and Commerce Committee hearing Chairman Pallone said:

> "Five years ago, . . . Facebook, Google, and Twitter were warned about – but simply ignored – their platforms' role in spreading disinformation. Since then, the warnings have continued, but the problem has only gotten worse. . . . It is now painfully clear that neither the market nor public pressure will force these social media companies to take the aggressive action they need to take to eliminate disinformation and extremism from their platforms. And, therefore, it is time for Congress and this Committee to legislate and realign these companies' incentives to effectively deal with disinformation . . . . It's crucial to understand that these companies aren't just mere bystanders – they are playing an active role in the meteoric rise of disinformation and extremism. . . . The Committee is going to consider all these options so that we can finally align the interests of these companies with the interests of the public and hold the platforms, and their CEOs, accountable when they stray. The time for self-regulation is over. It is time we legislate to hold you (i.e., Mr. Zuckerberg, Mr. Pichai, and Mr. Dorsey) accountable."

45. On August 23, 2021, I visited the following websites: https://news.bloomberglaw.com/tech-and-telecom-law/house-to-confront-tech-ceos-over-online-spread-of-false-info, a true and accurate capture of which is annexed hereto as Exhibit JJ(i), https://www.klobuchar.senate.gov/public/index.cfm/2021/2/senator-klobuchar-introduces-sweeping-bill-to-promote-competition-and-improve-antitrust-enforcement, a true and accurate capture of which is annexed hereto as Exhibit JJ(ii), and found this information stated therein: In an email sent ahead of the March 25 hearing, Consumer Protection and Commerce Committee Chair Jan Schakowsky (D-Ill.), wrote "this hearing is really a call to action. We need to make these companies more accountable to the American people." Rep. Schakowsky added that this goal would be accomplished by her bill, the Online Consumer Protection Act, which would cut back social media companies' Section 230 immunity, provide for FTC enforcement, and allow consumer lawsuits. Sen. Amy Klobuchar, Chair of the Senate Judiciary antitrust committee, has introduced legislation that would enable the federal government to impose unprecedented, billion-dollar fines and liability on social media companies under federal antitrust law.

46.     On     August     23,     2021,     I     visited     the     following     website:
https://www.cnn.com/2021/07/16/politics/biden-facebook-covid-19/index.html,     a     true     and
accurate capture of which is annexed hereto as Exhibit  KK, and found this information stated
therein: On July 17, 2021, President Biden excoriated social media companies for carrying so-
called COVID "misinformation" stated that they are "killing people" and demanded that they block
it.

47.     On August 23, 2021, I visited Exhibit N(i) and the following website:
https://www.conservative.org/youtube-censors-cpacs-america-uncanceled-episode-removed-
video-of-former-president-donald-j-trumps-major-class-action-against-big-tech/,     a     true     and
accurate capture of which is annexed hereto as Exhibit LL, and found this information stated
therein:  Defendant's censorship of Plaintiff's speech, including its censorship of his July of 2021
CPAC speech announcing the instant lawsuit, was based on the putative ground that Plaintiff was
disseminating COVID-related "misinformation."

48.     On     August     23,     2021,     I     visited     the     following     websites:
https://support.google.com/youtube/answer/9891785?hl=en, a true and accurate capture of which
is annexed hereto as Exhibit MM(i),  https://wwwnc.cdc.gov/eid/article/27/2/20-3139_article, a
true     and     accurate     capture     of     which     is     annexed     hereto     as     Exhibit     MM(ii),     and
https://www.cdc.gov/vaccines/partners/downloads/Vaccinate-Confidently-2019.pdf,     a     true     and
accurate capture of which is annexed hereto as Exhibit MM(iii), and found this information stated
therein: YouTube's COVID policy states that the platform will block any "content that contradicts
. . . local health authorities' guidance on: treatment, prevention, diagnosis, the CDC has publicly
stated that it acts with social media partners" to "curb the spread of "clampdown" on so-called

"COVID misinformation."  vaccine misinformation."  transmission, social distancing and self-isolation guidelines, and the existence of COVID-19.

49.      On August 23, 2021, I visited the following website:

https://www.reuters.com/article/us-health-coronavirus-white-house-exclus/exclusive-white-house-working-with-facebook-and-twitter-to-tackle-anti-vaxxers-idUSKBN2AJ1SW, a true and accurate capture of which is annexed hereto as Exhibit NN, and found this information stated therein: On February 20, 2021, an Administration official disclosed that the White House had been conducting "direct engagement" with "social media" companies, specifically including Google, to "clamp down" on so-called "COVID-19 misinformation." The Administration official further stated: "Disinformation that causes vaccine hesitancy is going to be a huge obstacle to getting everyone vaccinated, and there are no larger players in that than the social media platforms. We are talking to them . . . so they understand the importance of misinformation and disinformation and how they can get rid of it quickly."

50.      On   August   23,   2021,   I   visited   the   following   websites: https://www.youtube.com/watch?v=2jpl0Jjh6No, a true and accurate capture of which is annexed hereto   as   Exhibit   OO(i),   https://www.whitehouse.gov/briefing-room/press-briefings/2021/07/15/press-briefing-by-press-secretary-jen-psaki-and-surgeon-general-dr-vivek-h-murthy-july-15-2021/, a true and accurate capture of which is annexed hereto as Exhibit OO(ii), and   https://www.whitehouse.gov/briefing-room/press-briefings/2021/07/16/press-briefing-by-press-secretary-jen-psaki-july-16-2021/, a true and accurate capture of which is annexed hereto as Exhibit OO(iii),  and found this information stated therein: On July 15, 2021, when White House Press Secretary Jennifer Psaki said "White House senior staff were engaging with 'social media platforms' to combat the spread of 'misinformation specifically on the pandemic'" and playing an

active role in "flagging" content deemed by the Administration to be "problematic." The next day, Psaki offered more details on the Administration's interaction with social media companies and stated that the Administration's goal was to have individuals who spread COVID misinformation "banned" from *all* social media platforms.

51.     On     August     23,     2021,     I     visited     the     following     websites: https://support.google.com/youtube/answer/10835034?hl=en, a true and accurate capture of which is annexed hereto as Exhibit PP(i) and https://www.youtube.com/howyoutubeworks/our-commitments/supporting-political-integrity/, a true and accurate capture of which is annexed hereto as Exhibit PP(ii), and found this information stated therein: YouTube's policy states that it will remove content, "that advances false claims that widespread fraud, errors, or glitches changed the outcome of any past U.S. presidential election."

52.     On     August     23,     2021,     I     visited     the     following     website: https://www.youtube.com/watch?v=XQesfLIycJw, a true and accurate capture of which is annexed hereto as Exhibit QQ, and found this information stated therein: Former Secretary of State Hillary Clinton stated that:

> "I believe he knows he's an illegitimate president. . . He knows, he knows that there were a bunch of different reasons why the election turned out the way it did. . . I know that he knows that this wasn't on the level. I don't know that we'll know everything that happened, but clearly, we know a lot and we're learning more every day."

53.     On     August     23,     2021,     I     visited     the     following     website: https://www.youtube.com/watch?v=PSfAPr-C90c, a true and accurate capture that is annexed hereto as Exhibit RR, and found this information stated therein: Former Secretary of State Hillary Clinton stated that "Obviously, I can beat him again."

54.     On     August     23,     2021,     I     visited     the     following     website: https://www.youtube.com/watch?v=-qIN1-z_JqQ, a true and accurate capture of which is annexed

hereto as Exhibit SS and found this information stated therein: Former Secretary of State Hillary Clinton stated that, "espionage attacks . . . come from the highest levels of the Kremlin" were "designed to influence" the 2016 election.

55.     On     August     23,     2021,     I     visited     the     following     websites: https://www.youtube.com/watch?v=0id4jaP7ZoM, a true and accurate capture of which is annexed    hereto    as    Exhibit    TT(i)    and    https://www.washingtonpost.com/local/virginia-politics/democratic-congressman-from-virginia-will-not-attend-

inauguration/2017/01/16/b7e8e650-dc54-11e6-acdf-14da832ae861_story.html,     a     true     and accurate capture of which is annexed hereto as Exhibit TT(ii), and found this information stated therein: Rep. Don Beyer stated, "Yes, I treasure the peaceful transfer of power . . . Yes, I will respect the constitutional prerogatives of the presidency. But I will not be part of normalizing or legitimizing a man whose election may well have depended on the malicious foreign interference of Russia's leaders . . . It would be the height of hypocrisy for me to pretend to be part of this inaugural celebration."

56.     On     August     23,     2021,     I     visited     the     following     websites: https://www.dnainfo.com/chicago/20170118/rogers-park/chicago-congress-trump-inauguration-boycott-jan-schakowsky-feminist-womens-march/, a true and accurate capture of which is annexed hereto as Exhibit UU(i) and https://www.cosmopolitan.com/politics/a8619658/why-these-congress-members-did-not-attend-the-inauguration/, a true and accurate capture of which is annexed hereto as Exhibit UU(ii), and found this information stated therein: Rep. Jan Schakowsky stated, "I have decided to join the growing group of my colleagues who will not attend the inauguration in protest of a President who used bigotry, fear, and lies to win an election that was

tainted by foreign interference and voter suppression — and who intends to betray the interests of the ordinary working people who put him in office."

57.    On    August    23,    2021,    I    visited    the    following    websites: https://www.youtube.com/watch?v=AqZwxp5Gp5M, a true and accurate capture of which is annexed hereto as Exhibit VV(i), and   https://thefederalistpapers.org/us/flashback-democrats-railed-voting-machines-admitted-can-hacked-votes-can-switched?ff_source=Email&ff_medium=PostBottomSharingButtons&ff_campaign=websitesharingbuttons&ff_content=2018-04-23, a true and accurate capture of which is annexed hereto as Exhibit VV(ii),  and found this information stated therein: Rep. Adam Schiff stated that "Our voting machines are too vulnerable."

58.    On    August    23,    2021,    I    visited    the    following    websites: https://jacksonlee.house.gov/media-center/press-releases/congresswoman-sheila-jackson-lee-joined-by-house-democrats-calls-upon, a true and accurate capture of which is annexed hereto as Exhibit WW(i),  and   https://www.govinfo.gov/content/pkg/CHRG-109hhrg28627/html/CHRG-109hhrg28627.htm, a true and accurate capture of which is annexed hereto as Exhibit WW(ii), and found this information stated therein: Rep. Sheila Jackson Lee stated, "Our resources have repeatedly demonstrated that ballot recording machines and other voting systems are susceptible to tampering."

59.    On    August    23,    2021,    I    visited    the    following    website: https://www.govinfo.gov/content/pkg/CHRG-115hhrg30295/html/CHRG-115hhrg30295.htm,   a true and accurate capture of which is annexed hereto as Exhibit XX, and found this information stated therein:  Rep. Val Demings stated, "Even hackers with limited prior knowledge, tools, and resources are able to breach voting machines in a matter of minutes."

60.    On   August   23,   2021,   I   visited   the   following   websites:
https://www.politico.com/story/2019/03/14/wyden-voting-machine-election-security-1221639, a
true   and   accurate   capture   of   which   is   annexed   hereto   as   Exhibit   YY(i),   and
https://www.wyden.senate.gov/news/press-releases/wyden-questions-voting-machine-
manufacturer-on-security-weakness-posed-by-remote-access, a true and accurate capture of which
is annexed hereto as Exhibit YY(ii), and found this information stated therein: Sen. Ron Wyden
stated, "The biggest seller of voting machines is doing something that violates cyber security 101
. . . Directing that you install remote access software, which would make a machine like that a
magnet for fraudsters and hackers. . . . 43 percent of American voters use voting machines that
researchers have found have serious security flaws, including back doors."

61.    On   August   23,   2021,   I   visited   the   following   website:
https://www.facebook.com/watch/?v=531080293755295, a true and accurate capture of which is
annexed hereto as Exhibit ZZ, and found this information stated therein: Rep. Ted Lieu stated,
"These voting machines can be hacked quite easily. . . The workers were able to easily hack into
the elections voting machines.  It was possible to switch votes.  In a close presidential election,
they just need to hack one swing state or maybe one or two, or maybe just a few counties in one
swing state."

62.    On   August   23,   2021,   I   visited   the   following   website:
https://theamericanreport.org/2021/04/26/absolute-interference-cybersecurity-experts-chinese-
cyberwarfare-attacks-flipped-u-s-election-from-trump-to-biden-chinese-made-tcl-alcatel-phones-
distributed-to-georgia-poll-managers-secretly-conn/, a true and accurate capture of which is
annexed hereto as Exhibit AAA, and found this information stated therein: Sen. Amy Klobuchar
stated, "You could very easily hack into them.  It makes it seem like all these states are doing

different things, but in fact, three companies are controlling that. . . I am very concerned that you could have a hack that finally went through."

63.     On   August   23,   2021,   I   visited   the   following   websites: https://notthebee.com/article/enjoy-this-2-minute-compilation-of-democrats-including-vp-harris-spouting-all-sorts-of-conspiracy-theories-about-voting-machines-that-would-get-you-labeled-an-extremist-on-the-right-and-kicke, a true and accurate capture of which is annexed hereto as Exhibit BBB(i), and https://www.c-span.org/video/?446920-1/justice-homeland-security-officials-testify-election-security, a true and accurate capture of which is annexed hereto as Exhibit BBB(ii), and found this information stated therein: Sen. Kamala Harris stated, "There are a lot of states that are dealing with antiquated machines, right, which are vulnerable to being hacked" and "I actually held a demonstration for my colleagues here at the capital, um, where we brought in folks who before our eyes hacked election machines, um, those that are not, those that are being used in many states."

64.     On   August   23,   2021,   I   visited   the   following   website: https://www.govinfo.gov/content/pkg/CHRG-115shrg29480/html/CHRG-115shrg29480.htm,   a true and accurate capture of which is annexed hereto as Exhibit CCC and found this information stated therein: Sen. Mark Warner stated, "We know how vulnerable now all our systems were. We know, I know, hackathon that took place last year, where virtually every machine was broken into fairly quickly." YouTube's policies state that they prohibit content in contradiction of the standards promulgated by the World Health Organization ("WHO"). Furthermore, they also state, in pertinent part, that the policies prohibit content that discourages people from seeking medical advice, guarantees a prevention method for COVID-19, or claims that dispute guidance regarding physical distancing to reduce transmission of COVID-19.

65.     On     August     23,     2021,     I     visited     the     following     website: https://www.youtube.com/watch?v=DsCIrNUnNMI, a true and accurate capture of which is annexed hereto as Exhibit DDD, and found this information stated therein: On or about September 24, 2020, when he asked if the covid vaccine is safe, New York Governor Andrew Cuomo stated, "Frankly, I'm not going to trust the federal government's opinion. And I'm not going to recommend to New Yorkers based on the federal government's opinion."

66.     On     August     23,     2021,     I     visited     the     following     website: https://www.youtube.com/watch?v=40eZeXPyJ0g, a true and accurate capture of which is annexed hereto as Exhibit EEE, and found this information stated therein: In October 2020, Kamala Harris stated that "If Donald Trump tells us to take [the vaccine], then I'm not taking it."

67.     On     August     23,     2021,     I     visited     the     following     website: https://www.youtube.com/watch?v=sy3qJVD1Izg, a true and accurate capture of which is annexed hereto as Exhibit FFF, and found this information stated therein:  When asked whether she would get a vaccine if it were released before the 2020 election, Kamala Harris said, "Well, I think that's gonna be an issue for all of us."

68.     On     August     23,     2021,     I     visited     the     following     website: https://www.youtube.com/watch?v=iCpyx2T-lDA, a true and accurate capture of which is annexed hereto as Exhibit GGG, and found this information stated therein: President-elect Joe Biden stated, "If and when the vaccine comes, it's not likely to go through all the tests . . . and trials that are needed to be done."

69.     On     August     23,     2021,     I     visited     the     following     website: https://www.youtube.com/watch?v=3V_xv9cGFRo, a true and accurate capture of which is annexed hereto as Exhibit HHH, and found this information stated therein: President-elect Joe

Biden stated, "When we finally do, God willing, get a vaccine, who's gonna take the shot? Who's gonna take the shot? Are you gonna be the first one to say 'sign me up.'"

70.    On    August    23,    2021,    I    visited    the    following    website: https://www.youtube.com/watch?v=t7WwDLzG--Y, a true and accurate capture of which is annexed hereto as Exhibit III, and found this information stated therein: President Joe Biden stated that "You're not going to get COVID if you have these vaccinations."

71.    On    August    23,    2021,    I    visited    the    following    websites: https://www.youtube.com/channel/UCLXo7UDZvByw2ixzpQCufnA, a true and accurate capture of    which    is    annexed    hereto    as    Exhibit    JJJ(i), https://www.vox.com/2020/6/26/21300636/coronavirus-pandemic-black-lives-matter-protests, a true    and    accurate    capture    of    which    is    annexed    hereto    as    Exhibit    JJJ(ii),    and https://www.vox.com/2021/1/10/22223579/capitol-riot-congressional-physician-memo-coronavirus-risk, a true and accurate capture of which is annexed hereto as Exhibit JJJ(iii), and found this information stated therein: "The effect of Black Lives Matter protests on coronavirus cases, explained – Coronavirus cases are increasing, but Black Lives Matter protests may not be to blame. Here's why" on June 26, 2020. "The attack on the Capitol may have also been a super spreader event – Lawmakers may have been exposed to the coronavirus during Wednesday's riot" on January 10, 2021.

72.    On    August    23,    2021,    I    visited    the    following    websites: https://www.youtube.com/channel/UCP6HGa63sBC7-KHtkme-p-g, a true and accurate capture of which    is    annexed    hereto    as    Exhibit    KKK(i): https://www.usatoday.com/story/news/investigations/2020/06/19/so-far-george-floyd-protests-not-behind-surges-coronavirus/3226033001/, a true and accurate capture of which is annexed

hereto as Exhibit KKK(ii), and https://www.usatoday.com/story/news/health/2021/01/09/covid-update-capitol-riot-surge-new-strain-chicago-schools/6599001002/, a true and accurate capture of which is annexed hereto as Exhibit KKK(iii), and found this information stated therein: USA Today published: "Coronavirus surges aren't linked to Black Lives Matter protests" on June 19, 2020. "Wednesday's storming of the U.S. Capitol will likely be a 'surge event' for the coronavirus, said Dr. Robert Redfield, director of the Centers for Disease Control and Prevention" on January 9, 2021.

73.     On     August     23,     2021,     I     viewed     the     following     websites:): https://www.youtube.com/channel/UCcyq283he07B7_KUX07mmtA, a true and accurate capture of which is annexed hereto as Exhibit LLL(i), https://www.businessinsider.com/black-lives-matter-protests-are-not-fueling-coronavirus-outbreaks-2020-6, a true and accurate capture of which is annexed hereto as Exhibit LLL(ii), and https://www.businessinsider.com/capitol-riot-spurred-covid-19-superspreading-event-among-lawmakers-2021-1, a true and accurate capture of which is annexed hereto as Exhibit LLL(iii), and found this information stated therein: "Don't blame Black Lives Matter protests for the spike in coronavirus cases across the US" on July 17, 2020. "The Capitol insurrection seems to have caused a super spreader event among lawmakers. Some Republicans refused to mask up" on January 13, 2021.

74.     On     August     23,     2021,     I     visited     the     following     websites: https://www.youtube.com/channel/UCHd62-u_v4DvJ8TCFtpi4GA, a true and accurate capture of which is annexed hereto as Exhibit MMM(i), https://www.washingtonpost.com/health/protests-probably-didnt-lead-to-coronavirus-spikes-but-its-hard-to-know-for-sure/2020/06/30/d8179678-baf5-11ea-8cf5-9c1b8d7f84c6_story.html, a true and accurate capture of which is annexed hereto as     Exhibit     MMM(ii),     and     https://www.washingtonpost.com/health/2021/01/08/capitol-

26

coronavirus/, a true and accurate capture of which is annexed hereto as Exhibit MMM (iii), and

found this information stated therein: "Protests probably didn't lead to coronavirus spikes, but it's

hard to know for sure." June 30, 2020. "Storming of Capitol was textbook potential coronavirus

super spreader, experts say" on January 8, 2021.

75.    On    August    23,    2021,    I    visited    the    following    websites:

https://www.youtube.com/user/forbes, a true and accurate capture of which is annexed hereto as

Exhibit    NNN(i),    https://www.forbes.com/sites/nicholasreimann/2020/07/05/researchers-say-

protests-didnt-increase-covid-19-spread-but-republicans-are-still-blaming-

them/?sh=43fa16e139f2, a true and accurate capture of which is annexed hereto as Exhibit

NNN(ii),    https://www.forbes.com/sites/sarahhansen/2021/01/10/lawmakers-sheltering-during-

capitol-riot-may-have-been-exposed-to-coronavirus/, a true and accurate capture of which is

annexed hereto as Exhibit NNN (iii), and found this information stated therein: Forbes announced:

"Research Determines Protests Did Not Cause Spike in Coronavirus Cases." July 5, 2020.

"Lawmakers Sheltering During Capitol Riot May Have Been Exposed to Coronavirus" on January

10, 2021.

76.    On    August    23,    2021,    I    visited    the    following    websites:

https://www.youtube.com/user/cnn, a true and accurate capture of which is annexed hereto as

Exhibit    OOO(i),    https://www.cnn.com/2020/06/24/us/coronavirus-cases-protests-black-lives-

matter-trnd/index.html, a true and accurate capture of which is annexed hereto as Exhibit OOO(ii),

https://www.cnn.com/2021/01/24/politics/capitol-police-riot-coronavirus/index.html, a true and

accurate capture of which is annexed hereto as Exhibit OOO(iii), and found this information stated

therein: CNN reported: "Black Lives Matter protests have not led to a spike in coronavirus cases,

research says." June 24, 2020. 38 Capitol Police officers test positive for Covid-19 after Capitol riot," updated January 24, 2021.

77.   On   August   23,   2021,   I   visited   the   following   websites: https://www.youtube.com/user/theverge, a true and accurate capture of which is annexed hereto as Exhibit   PPP(i),   https://www.theverge.com/2020/6/3/21278340/protestors-coronavirus-spread-police-violence-health-racism, a true and accurate capture of which is annexed hereto as Exhibit PPP(ii),   and   https://www.theverge.com/2021/1/19/22239408/capitol-riot-covid-cases-superspreader-arrests, a true and accurate capture of which is annexed hereto as Exhibit PPP(iii), and found this information stated therein: From The Verge: "Blaming protesters for COVID-19 spread ignores the bigger threats to health" on June 3, 2020. "COVID-19 cases in the Capitol are only the tip of the iceberg." January 19, 2021.

78.   On   August   23,   2021,   I   visited   the   following   websites: https://www.youtube.com/channel/UC52X5wxOL_s5yw0dQk7NtgA, a true and accurate capture of which is annexed hereto as Exhibit QQQ(i), https://apnews.com/article/health-us-news-ap-top-news-virus-outbreak-public-health-5a283df1b23ecc5c4b19803d320d0ebc, a true and accurate capture of which is annexed hereto as Exhibit QQQ(ii), and https://www.usnews.com/news/health-news/articles/2021-01-10/possible-virus-exposure-for-lawmakers-sheltering-during-riot, a true and accurate capture of which is annexed hereto as Exhibit QQQ(iii) and found this information stated therein: AP News: "Little evidence that protests spread coronavirus in US" on July 1, 2020. "Possible virus exposure for lawmakers sheltering during riot – Lawmakers make have been exposed to someone testing positive for COVID-19 while they sheltered at an undisclosed location during the Capitol siege on Wednesday" on January 10, 2021.

79.    On    August    23,    2021,    I    visited    the    following    websites:
https://www.youtube.com/channel/UCK7tptUDHh-RYDsdxO1-5QQ, a true and accurate capture

of which is annexed hereto as Exhibit RRR(i), https://www.wsj.com/articles/recent-protests-may-

not-be-covid-19-transmission-hotspots-11592498020, a true and accurate capture of which is

annexed hereto as Exhibit RRR(ii), and https://www.wsj.com/articles/at-least-three-lawmakers-

test-positive-for-covid-19-after-capitol-attack-11610473977, a true and accurate capture of which

is annexed hereto as Exhibit RRR(iii), and found this information stated therein: The Wall Street

Journal: "Early Data Show No Uptick in Covid-19 Transmission From Protest" on June 18, 2020.

"At Least Three Lawmakers Test Positive for Covid-19 After Capitol Attack" on January 12, 2021.

80.    On    August    23,    2021,    I    visited    the    following    websites:
https://www.youtube.com/channel/UCBi2mrWuNuyYy4gbM6fU18Q, a true and accurate capture

of which is annexed hereto as Exhibit SSS(i), https://abcnews.go.com/US/minnesota-sees-rise-

covid-19-cases-tied-protests/story?id=71393938, a true and accurate capture of which is annexed

hereto    as    SSS(ii),    and    https://abcnews.go.com/Health/capitol-hill-riot-prove-covid-19-

superspreader-event/story?id=75134968, a true and accurate capture of which is annexed hereto

as Exhibit SSS(iii), and found this information stated therein: ABC News: "Minnesota sees no rise

in COVID-19 cases tied to protests: Health officials" on June 22, 2020. "Capitol Hill riot could

prove to be COVID-19 super spreader event, experts say" on January 9, 2021.

81.    On    August    23,    2021,    I    visited    the    following    websites:
https://www.youtube.com/channel/UCrp_UI8XtuYfpiqluWLD7Lw, a true and accurate capture of

which is annexed hereto as Exhibit TTT(i), https://www.cnbc.com/2020/06/29/house-gop-leader-

suggests-without-evidence-that-protests-are-driving-up-coronavirus-cases.html,    a    true    and

accurate    capture    of    which    is    annexed    hereto    as    Exhibit    TTT(ii),

https://www.cnbc.com/2021/01/09/covid-killing-nearly-3000-in-us-cdc-warns-of-surge-event-from-capitol-riots.html, a true and accurate capture of which is annexed hereto as Exhibit TTT(iii), and found this information stated therein: CNBC: "House GOP leader suggests without evidence that protests are driving up coronavirus cases" on June 29, 2020. "Covid killing nearly 3,000 in U.S. every day as CDC warns of 'surge event' from Capitol riots" on January 9, 2021.

82.    On   August   23,   2021,   I   visited   the   following   websites: https://drive.google.com/file/d/1Jyfn4Wd2j6bRj12ePghMHtX3ys1b7K1A/view,   a   true   and accurate   capture   of   which   is   annexed   hereto   as   Exhibit   UUU(i), https://www.cnn.com/2020/06/05/health/health-care-open-letter-protests-coronavirus-trnd/index.html, a true and accurate capture of which is annexed hereto as Exhibit UUU(ii),  and https://www.uwmedicine.org/specialties/allergy-immunology,  a true  and  accurate  capture  of which is annexed hereto as Exhibit UUU(iii), and found this information stated therein: In June of 2020, One Thousand (1,000) health and medical professionals, including individuals from elite medical schools such as Boston University and Johns Hopkins University, penned a letter expressing concern about the risks associated with the spread of the virus during the protests of that summer.  The letter suggested that the risks of spreading the virus should be weighed against the benefits of public assembly for important causes. Over sixty (60) of those signatories were associated with the University of Washington, and it has been reported that many of the signatories were members of the University of Washington's Department of Allergy and Immunology. Many other signatories were also associated with medical schools, including but not limited to the University of California San Francisco, the University of California Los Angeles, the University of California San Diego, the University of Colorado, Johns Hopkins University, Northwestern University, and Boston University.

83.     On     August     23,     2021,     I     visited         the     following     websites:
https://www.wsj.com/articles/youtubes-political-censorship-11600126230, a true and accurate
capture of which is annexed hereto as Exhibit VVV(i), https://www.tampabay.com/news/florida-
politics/2021/04/09/youtube-removes-video-of-desantis-coronavirus-roundtable/, a   true   and
accurate     capture     of     which     is     annexed     hereto     as     Exhibit
VVV(ii),:https://www.youtube.com/channel/UCi09SPwnkMZ54X3Y8b9LZMA/about,   a   true
and   accurate   capture   of   which   is   annexed   hereto   as   Exhibit   VVV(iii),
https://www.youtube.com/channel/UCprcipiXNXTzJYJfN02rHsA, a true and accurate capture of
which       is       annexed       hereto       as       Exhibit       VVV(iv),
https://www.youtube.com/channel/UC9w1NPCLjmTkVyJaQSPU_Dg,   a   true   and   accurate
capture   of   which   is   annexed   hereto   as   Exhibit   VVV(v),
https://www.youtube.com/channel/UCATNzbTbfeoMhNonZGZmrhA,   a   true   and   accurate
capture   of   which   is   annexed   hereto   as   Exhibit   VVV(vi),
https://www.youtube.com/channel/UCQG9oDqDHT7a3SQHmHHUDkA,   a true and accurate
capture   of   which   is   annexed   hereto   as   Exhibit   VVV(vii),
https://www.youtube.com/user/UCLAGeffenSOM,   a true and accurate capture of which is
annexed hereto as Exhibit VVV(viii), https://www.youtube.com/user/NUFeinbergMed, a true and
accurate   capture   of   which   is   annexed   hereto   as   Exhibit   VVV(ix),   and
https://www.youtube.com/channel/UCovnxsKJ6MQdpdDRhyZywdw, a true and accurate capture
of which is annexed hereto as Exhibit VVV(x), and found this information stated therein: Dr. Scott
Atlas, of the Hoover Institute, gave a June 2020 a talk discussing the effects and merits of the then
considerable restrictions put in place to combat the virus that was removed by the Defendants in
September 2020, a few weeks after Dr. Atlas had been appointed a special advisor to Plaintiff

President Trump. Similarly, in April 2021, the Defendants removed a video wherein Florida Governor Ron DeSantis engaged in a conversation with Dr. Atlas, as well as Dr. Martin Kulldorff of Harvard University, Dr. Sunetra Gupta of Oxford University, and Dr. Jay Bhattacharya of Stanford Medical School.

84.    On    August    23,    2021,    I    visited    the    following    websites: https://www.youtube.com/watch?v=87uZ_atahP8, a true and accurate capture of which is annexed hereto as Exhibit WWW(i), https://www.youtube.com/watch?v=KKzSJzqnsuU, a true and accurate    capture    of    which    is    annexed    hereto    as    Exhibit    WWW(ii), https://www.youtube.com/watch?v=nnt0XvM3bLo, a true and accurate capture of which is annexed hereto as Exhibit WWW(iii), https://www.deccanherald.com/content/640804/snoop-dogg-stands-over-trumps.html, a true and accurate capture of which is annexed hereto as Exhibit WWW(iv), https://www.youtube.com/watch?v=3fsG5tyxRjw, a true and accurate capture of which is annexed hereto as Exhibit WWW(v), https://www.youtube.com/watch?v=tJCDe7vdFfw, a    true    and    accurate    capture    of    which    is    annexed    hereto    as    Exhibit    WWW(vi), https://www.youtube.com/watch?v=tYsh1G4B92Y, a true and accurate capture of which is annexed hereto as Exhibit WWW(vii), https://www.youtube.com/watch?v=ZzXS8r4SpnQ, a true and    accurate    capture    of    which    is    annexed    hereto    as    Exhibit    WWW(viii), https://www.youtube.com/watch?v=CLpPWiyilqQ, a true and accurate capture of which is annexed hereto as Exhibit WWW(ix), https://www.youtube.com/watch?v=5H1wQwlVMWY, a true    and    accurate    capture    of    which    is    annexed    hereto    as    Exhibit    WWW(x), https://www.youtube.com/watch?v=ZYAe6-JIT6s, a true and accurate capture of which is annexed    hereto    as    Exhibit    WWW(xi), https://twitter.com/KamalaHarris/status/1267555018128965643, a true and accurate capture of

which        is        annexed        hereto        as        Exhibit        WWW(xii),        and

https://www.youtube.com/watch?v=x8inQZ750-k, a true and accurate capture of which is annexed

hereto as Exhibit WWW(xiii), and found this information stated therein: On or about January 22,

2017, Madonna, stated that she has, "thought an awful lot about blowing up the White House." In

2017, Rep. Maxine Waters stated that she would, "go and take Trump out tonight." In 2017, Kathy

Griffin held up a replica of Plaintiff Donald J. Trump's severed head. In a music video from March

of 2017, Snoop Dogg shot a clown version of Donald Trump. In November of 2017, Snoop Dogg

featured an album cover that depicted the image of a corpse with a tag on the foot that said Trump.

On or about June 14, 2018, Rep. Nancy Pelosi stated, "I just don't even know why there aren't

uprising all over the country. On or about June 23, 2018, Rep. Maxine Waters urged people to

"create a crowd, and you push back on them, and you tell them they are not welcome," when they

see members of the Trump Administration in restaurants, department stores, or gas stations. On or

about July 25, 2018, Sen. Corey Booker, urged people to "go to the Hill today, please, get up in

the face of some Congresspeople." On or about October 9, 2018, Former Secretary of State Hillary

Clinton stated that "You cannot be civil with a political party that wants to destroy what you stand

for, what you care about." On or about July 23, 2019, Sen. Corey Booker stated that, "my

testosterone sometimes makes me want to feel like punching him [Trump]." On or about August

23, 2019, Rep. Nancy Pelosi stated that, "you have to be ready to throw a punch for the children."

On or about March 4, 2020, Sen. Charles Schumer stated that "I want to tell you, Gorsuch. I want

to tell you, Kavanaugh. You have released the whirlwind, and you will pay the price." Sen. Kamala

Harris encouraged people to donate to an online platform that would assist in the release of those

charged with criminal offenses in Minnesota.

85.     On     August     23,     2021,     I     visited     the     following     websites:
https://www.forbes.com/sites/jemimamcevoy/2020/06/08/14-days-of-protests-19-
dead/?sh=156c6abc4de4, a true and accurate capture of which is annexed hereto as Exhibit
XXX(i), https://nypost.com/2020/06/08/more-than-700-officers-injured-in-george-floyd-protests-
across-us/, a true and accurate capture of which is annexed hereto as Exhibit XXX(ii),
https://apnews.com/article/american-protests-us-news-arrests-minnesota-burglary-
bb2404f9b13c8b53b94c73f818f6a0b7, a true and accurate capture of which is annexed hereto as
Exhibit   XXX(iii):   https://www.axios.com/riots-cost-property-damage-276c9bcc-a455-4067-
b06a-66f9db4cea9c.html, a true and accurate capture of which is annexed hereto as Exhibit
XXX(iv): https://www.usatoday.com/story/news/factcheck/2020/09/01/fact-check-kamala-harris-
said-protests-arent-going-stop/5678687002/, a true and accurate capture of which is annexed
hereto as XXX(v), and found this information stated therein:  On or around June 18, 2020, the
Black Lives Matter riots had dramatically increased in size and scope with at least 19 deaths, over
Seven Hundred (700) injured police officers, over Ten Thousand (10,000) arrests, and over
$1,000,000,000.00 in insurance claims for damage (the largest such claim in United States history);
nevertheless, then Sen. Kamala Harris stated that the protests are, "not gonna stop before Election
Day in November, and they're not gonna stop after Election Day. Everyone should take note of
that, on both levels, that they're not going to let up – and they should not.  And we should not[.]"

86.     On     August     23,     2021,     I     visited     the     following     websites:
https://www.youtube.com/watch?v=jFEGO1R7KEo, a true and accurate capture of which is
annexed hereto as Exhibit YYY(i), and https://www.youtube.com/watch?v=pxj2cLFJVfc, a true
and accurate capture of which is annexed hereto as YYY(ii), and found this information stated
therein: Regarding Vice President Harris' urging of followers to contribute to the Minnesota

Freedom Fund, Defendant YouTube currently places a label titled "Independent Fact Check" which states that for the claim, "Kamala Harris helped violent rioters in Minnesota get out of jail to do more damage" users are provided the response, "Rating: Needs context." This is an unsolicited label, placed by YouTube when a user simply puts the inquiry "Kamala Harris Minnesota Freedom Fund" in the YouTube search bar.

87.     On      August      23,      2021,      I      visited      the      following      website: https://www.factcheck.org/2020/02/trump-has-condemned-white-supremacists/,      a      true      and accurate capture of which is annexed hereto as ZZZ, and found this information stated therein: This is particularly noteworthy when compared to Defendant YouTube's search results when a User enters the phrase "Donald Trump fails to condemn white supremacists."  This claim was specifically made by President Joe Biden, and Factcheck.org declared the claim to be incorrect and wrongly made.  Nevertheless, despite this specific fact check claim, Defendant, unsurprisingly, fail to provide a warning label for Plaintiff as it does for Vice President Kamala Harris.

88.     On      August      23,      2021,      I      visited      the      following      websites: https://apnews.com/article/virus-outbreak-ap-top-news-race-and-ethnicity-id-state-wire-or-state-wire-b57315d97dd2146c4a89b4636faa7b70, a true and accurate capture of which is annexed hereto as Exhibit AAAA(i), https://www.opb.org/news/article/portland-federal-courthouse-fence-taxpayer-cost/, a true and accurate capture of which is annexed hereto as Exhibit AAAA(ii), https://pamplinmedia.com/pt/9-news/481167-388210-portland-protest-arrests-top-out-at-nearly-1000-for-now, a true and accurate capture of which is annexed hereto as Exhibit AAAA(iii), https://www.newsweek.com/portland-protesters-damage-cost-federal-buildings-1566821, a true and accurate capture of which is annexed hereto as Exhibit AAAA(iv), and https://www.opb.org/article/2021/03/12/protesters-vandalize-portlands-federal-courthouse-

again/, a true and accurate capture of which is annexed hereto as Exhibit AAAA(v), and found this information stated therein: In 2020 the city of Portland, Oregon, witnessed over 100 nights of protests, marked by arrests, vandalism, and even the death of a supporter of President Donald Trump. The Mark O. Hatfield federal courthouse was a central focus of these protests; the intensity of the protests required the installation of a $200,000.00 security fence. By September 2020, nearly One Thousand (1,000) people had been arrested. Estimates to repair the damage done to the courthouse and nearby federal buildings in Portland have run to just over $2,000,000.00. The protests were not limited to 2020; just a few days after the security fence around the federal courthouse was removed in March of 2021, protestors returned, smashing windows and spray-painting parts of the stone façade. Despite the fact that Defendant YouTube's policies state that it prohibits the use of the platform to encourage parties to go to a particular place to commit violence, Defendant permitted its platform to be used to livestream the violence at the courthouse.

89.     On     August     23,     2021,     I     visited     the     following     websites: https://www.vox.com/recode/2020/7/21/21332653/portland-oregon-protests-feds-dhs-youtubelivestream?fbclid=IwAR1TEpZjMzriaPFagNzil2ufJuICVQlI0FQwBnybcy3mCut4EoJt Y3TP7jM, a true and accurate capture of which is annexed hereto as Exhibit BBBB(i), https://www.youtube.com/c/AnterosLive/featured, a true and accurate capture of which is annexed hereto as Exhibit BBBB(ii), https://www.koin.com/news/protests/portland-protest-night-100-pioneer-courthouse-square-waterfront-park-09052020/, a true and accurate capture of which is annexed hereto as Exhibit BBBB(iii) and found this information stated therein: By late July, there had been over fifty (50) consecutive nights of protests in Portland. One channel on Defendant's platform was actively engaged in providing livestreamed footage of the nightly protests. This channel provided livestreams of these protests near the federal courthouse well into the fall of

2020. By the fall of 2020, there were over One Hundred (100) consecutive nights of protests resulting in arrests, the use of Molotov cocktails, and the frequent deployment of crowd dispersal devices such as tear gas.

90.     On     August     23,     2021,     I     visited     the     following     websites: https://www.youtube.com/watch?v=1S-Qlih7jXk, a true and accurate capture of which is annexed hereto as Exhibit CCCC(i), https://www.nationalreview.com/news/youtube-removes-anti-blm-livestream-of-heather-mac-donald-citing-unspecified-violation-of-community-guidelines/, a true and accurate capture of which is annexed hereto as Exhibit CCCC(ii), and https://support.google.com/youtube/answer/2802167?hl=en, a true and accurate capture of which is annexed hereto as Exhibit CCCC(iii) and found this information stated therein: In July of 2020, Heather MacDonald, a fellow at the Manhattan Institute, delivered a speech on police use of force across the Nation that was posted to YouTube by the Center for the American Experiment, a think tank located in Minnesota. Shortly after the speech was posted, it was removed from the platform. After an appeal from the Center for the American Experiment, it was re-posted, but this time it was age-restricted for sensitive content. YouTube's standards for age-restricted content center content that could lead to minors injuring themselves, adult themes, and vulgar language. Ms. McDonald's speech involved her analysis of criminal justice statistics and the use of force by the police.  It was delivered via zoom and accompanied by numerous graphs and charts.   In addition to Ms. MacDonald's speech, other videos discussing the use of force by the police and gun violence put forward by conservative-leaning entities have been age-gated by YouTube.

91.     On     August     23,     2021,     I     visited     the     following     website: https://www.youtube.com/watch?v=zWoy0I-4iok, a true and accurate capture of which is annexed hereto as Exhibit DDDD, and found this information stated therein: A video posted on the Black

Lives Matter YouTube channel discussed defunding the police.  During the presentation, reference was made to the volume of incidents involving the use of force by the police. The video contained the statement that the police are "out of control."  Defendant has not age-gated or restricted access to the video.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed on this 23rd day of August 2021, in Greenwich, Connecticut.

Rafiya Ibrahim