UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:21-CV-22445-MOORE/LOUIS

DONALD J. TRUMP, the Forty- Fifth
President of the United States,
KELLY VICTORY, AUSTEN FLETCHER,
AMERICAN CONSERVATIVE UNION,
ANDREW BAGGIANI, MARYSE VERONICA
JEAN-LOUS, NAOMI WOLF, AND
FRANK VALENTINE, INDIVIDUALLY AND
ON BEHALF OF THOSE SIMILARLY
SITUATED,

    Plaintiff and the Class,
vs.

YOUTUBE, LLC., and SUNDAR PICHAI,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING EXHIBITS IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

    The undersigned, on behalf of Plaintiff Donald J. Trump, hereby files this Notice of Filing Exhibits in Support of Plaintiff's Motion for Preliminary Injunction.

Dated August 25, 2021.

    Respectfully submitted by,

*/s/ Matthew Lee Baldwin, Esq*
Fla. Bar No.: 27463
Email: Matthew@VargasGonzalez.com
**Vargas Gonzalez  Baldwin Delombard, LLP**
815 Ponce de Leon Blvd., Third Floor
Coral Gables, Florida 33134

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing Exhibits in Support of Plaintiff's Motion for Preliminary Injunctions was served by CM/ECF filing system on August 25, 2021, on all counsel or parties of record on the service list.

             Respectfully submitted by,

             */s/ Matthew Lee Baldwin, Esq*
             Fla. Bar No.: 27463
             Email: Matthew@VargasGonzalez.com
             **Vargas Gonzalez Baldwin**
             **Delombard, LLP**
             815 Ponce de Leon Blvd., Third Floor
             Coral Gables, Florida 33134
             Telephone: (305) 631-2528
             Facsimile: (305) 631-2741
             e-Service:
             Service8@VargasGonzalez.com

## SERVICE LIST

Of Counsel

JOHN P. COALE (Pro Hac Vice)
Email: johnpcoale@aol.com
2901 Fessenden St. NW
Washington, D.C. 20008
Telephone: (202) 255-2096

JOHN Q. KELLY (Pro Hac Vice)
E-mail: jqkelly@ibolaw.com
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
Facsimile: (203) 661-9461

RYAN S. TOUGIAS (Pro Hac Vice)
E-mail: rtougias@ibolaw.com
IVEY, BARNUM & O'MARA, LLC
170 Mason Street
Greenwich, CT 06830
Telephone: (203) 661-6000
 Facsimile: (203) 661-9461

RICHARD P. LAWSON, ESQ.
Florida Bar No. 165085
Gardner Brewer Martinez-Monfort P.A.
400 North Ashley Drive, Ste. 1100
Tampa, Florida 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Primary
Email: rlawson@gbmmlaw.com
Secondary
Email:  litigation@gbmmlaw.com

LUIS MARTINEZ-MONFORT, ESQ.
Florida Bar No. 0132713
Gardner Brewer Martinez-Monfort P.A.
400 North Ashley Drive, Ste.
1100 Tampa, Florida 33602
Telephone: (813) 221-9600
Facsimile: (813) 221-9611
Primary
Email: rlawson@gbmmlaw.com
Secondary
Email:  litigation@gbmmlaw.com