Datanyze

Sign Up | Log in

Market Share > Online Video Platforms > YouTube



# YouTube

By Google 🗗

⌐ #4 Software in Online Video Platforms

⌐ YouTube market share is 75.63% with more than 2656503 companies using this software

**The 50629307 should reflect the aggregated number of contacts in companies that are using this technology**

Find Contacts

**56,839** ↑

Websites Added ⓘ

**2,656,503**

Current Websites

**8,763** ↓

Websites Dropped ⓘ

**75.63%**

Market Share ⓘ

EXHIBIT A

 **Datanyze**

Sign Up | Log in

ABOUT YOUTUBE

YouTube is an American video-sharing service allowing users to upload, view, rate, share, add to favorites, report and comment on videos, subscribe to other users, and a wide variety of user-generated and corporate media videos on websites.

## Top industries using this technology

Hospitality    Business Services    Retail    Media & Internet    Organizations

## Top competitors of YouTube ⓘ

| Top Competitors | Websites | Market Share | Vendor |
|---|---|---|---|
| Vimeo | 655,758 | 18.67% | Vimeo |
| Wistia | 61,985 | 1.76% | Wistia |
| JW Player | 39,342 | 1.12% | JW Player |
| Flowplayer Platform | 25,438 | 0.72% | Flowplayer |

EXHIBIT A

 Datanyze

Sign Up | Log in

| | Brightcove | 10,004 | 0.28% | | Brightcove |
|---|---|---|---|---|---|
| | VideoPress | 9,945 | 0.28% | | Automattic |
| | Brightcove Player | 9,324 | 0.27% | | Brightcove |
| | Vimeo On Demand | 6,021 | 0.17% | | Vimeo |
| | Limelight Video Delivery | 4,915 | 0.14% | | LimeLight Networks |
| | Vzaar | 4,885 | 0.14% | | |

See More

EXHIBIT A