IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 1:21-22445-KMM-LFL

DONALD J. TRUMP et al.,

      Plaintiffs,

v.

YOUTUBE, LLC and SUNDAR PICHAI,

      Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, and without waiver of any defenses, including but not limited to jurisdiction and venue, the undersigned respectfully moves for the admission *pro hac vice* of Amit Q. Gressel of the law firm of Wilson Sonsini Goodrich & Rosati, P.C., One Market Plaza Spear Tower, Suite 3300, San Francisco, CA 94105, (415) 947-2000, for purposes of appearance as co-counsel on behalf of Defendants YouTube, LLC and Sundar Pichai, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Amit Q. Gressel to receive electronic filings in this case, and in support thereof states as follows:

    1.    Amit Q. Gressel is not admitted to practice in the Southern District of Florida and is a member in good standing of the California State Bar (Bar No. 307663). Mr. Gressel is also a member in good standing of and admitted to practice in the following courts: U.S. District Court

for the Central District of California, U.S. District Court for the Northern District of California, and the U.S. Court of Appeals for the Ninth Circuit.

2. Jay B. Shapiro, Esquire, of the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., 150 West Flagler Street, Suite 2200, Miami, Florida 33130, Telephone: (305) 789-3200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Amit Q. Gressel has made payment of this Court's $200.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Amit Q. Gressel, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Amit Q. Gressel at the following email address: agressel@wsgr.com.

WHEREFORE, Jay B. Shapiro, moves this Court to enter an Order allowing Amit Q. Gressel, to appear before this Court on behalf of Defendants YouTube, LLC and Sundar Pichai, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Amit Q. Gressel.

Dated: August 31, 2021                             Respectfully submitted,
                                                   STEARNS WEAVER MILLER WEISSLER

        ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3229
Facsimile: (305) 789-3395

By:    */s/ Jay B. Shapiro*
      Jay B. Shapiro
      Florida Bar No. 776361
      jshapiro@stearnsweaver.com
      Abigail G. Corbett
      Florida Bar No. 31332
      acorbett@stearnsweaver.com
      Douglas L. Kilby
      Florida Bar No. 0073407
      dkilby@stearnsweaver.com

WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5801

    Brian M. Willen. (*pro hac vice* pending)
    bwillen@wsgr.com
    Benjamin Margo (*pro hac vice* pending)
    bmargo@wsgr.com

WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K. Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800

    Steffen N. Johnson. (*pro hac vice* pending)
    sjohnson@wsgr.com
    Meng Jia Yang. (*pro hac vice* pending)
    mjyang@wsgr.com

WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000

    Amit Gressel (*pro hac vice* pending)
    agressel@wsgr.com

*Attorneys for Defendants YOUTUBE LLC*
*and SUNDAR PICHAI*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of August, 2021, I electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all counsel of record.

By: */s/ Jay B. Shapiro*
Jay B. Shapiro