IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 1:21-22445-KMM-LFL

DONALD J. TRUMP et al.,

    Plaintiffs,

v.

YOUTUBE, LLC and SUNDAR PICHAI,

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Amit Q. Gressel, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is **GRANTED.** Amit Q. Gressel may appear and participate in this action on behalf of Defendants YouTube, LLC and Sundar Pichai. The Clerk shall provide electronic notification of all electronic filings to Amit Q. Gressel at agressel@wsgr.com.

DONE AND ORDERED in Chambers, in Miami-Dade County, Florida, this _____ day of _____, 2021.

2

_____
HONORABLE JUDGE K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record