UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cv-22445-MOORE/LOUIS

DONALD J. TRUMP et al.,

    Plaintiffs,

vs.

YOUTUBE, LLC and SUNDAR PICHAI,

    Defendants.

_____

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO TRANSFER

Defendants YouTube, LLC and Sundar Pichai (collectively, "Defendants"), by and through undersigned counsel, hereby file this unopposed motion for a one-week extension of time to file their Reply in support of Defendants' Motion to Transfer (Dkt. No. 64), and state as follows:

1. On September 17, 2021, Defendants filed their Motion to Transfer.

2. On September 23, 2021, Plaintiffs filed their Response in Opposition to Defendants' Motion to Transfer (Dkt. No. 65).

3. Defendants' Reply brief is currently due on or before September 30, 2021.

4. However, Defendants request a brief one-week extension up to and including **October 7, 2021**, to file their Reply, due to a scheduled family vacation by lead counsel for Defendants, and due to other pressing work-related matters by Defendants' counsel.

5. Defendants have not previously requested an extension of the time to file their Reply.

6. This request is made in good faith and not for purposes of delay.

9. A proposed Order is attached for the Court's review.

WHEREFORE, Defendants respectfully request that this Court grant a brief enlargement of time up to and including **October 7, 2021,** within which to serve their Reply in support of the Motion to Transfer.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Undersigned has conferred with opposing counsel who do not oppose this motion, but defer to the Court's preference as to the scheduling of this motion to transfer and its impact on Plaintiff's pending motion for preliminary injunction.

Respectfully submitted this 24th day of September, 2021.

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A**.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3229
Facsimile: (305) 789-2664

By: */s/ Jay B. Shapiro*
Jay B. Shapiro, Esq.
Florida Bar No. 776361
jshapiro@stearnsweaver.com
Douglas L. Kilby, Esq.
Florida Bar No. 73407
dkilby@stearnsweaver.com
Abigail G. Corbett
Florida Bar No. 31332
acorbett@stearnsweaver.com

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5801

Brian M. Willen, Esq.
(admitted *pro hac vice*)
bwillen@wsgr.com
Benjamin Margo, Esq.

       (admitted *pro hac vice* )
       bmargo@wsgr.com

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1700 K Street NW
Washington, DC 20006
Telephone: (202) 973-8800

       Steffen N. Johnson, Esq.
       (admitted *pro hac vice*)
       sjohnson@wsgr.com
       Meng Jia Yang, Esq.
       (admitted *pro hac vice*)
       mjyang@wsgr.com

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000

       Amit Q. Gressel, Esq.
       (admitted *pro hac vice*)
       agressel@wsgr.com

*Counsel for Defendants YouTube, LLC and Sundar Pichai*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of September, 2021, I electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which sent a notice of electronic filing to all counsel of record.

By: */s/ Jay B. Shapiro*
Jay B. Shapiro